### 5823. CHICAGO & NORTHWESTERN RAILWAY v. ELLIOTT.

RUSSELL, C. J. 1. No question as to the sufficiency of the approval of grounds of a motion for new trial, or of the approval of the brief of evidence, or of the filing thereof, can be entertained by the Court of Appeals, where the judge has finally passed upon the merits of the motion for new trial, unless the question was first raised and insisted on before the trial judge. Acts 1911, page 149. *Collins* v. *State*, 12 *Ga. App.* 635 (77 S. E. 1079). See also *Nobles* v. *State*, 14 *Ga. App.* 480 (81 S. E. 370).

2. The case was within the jurisdiction of the justice's court. The plaintiff was not bound to claim all of the damages which were the subject of legal recovery. *Jennings* v. *Stripling*, 127 *Ga.* 778 (56 S. E. 1026), and numerous cases there cited.

3. As applied to the facts of this case, the charge of the court as to the extraordinary diligence required of a carrier in the transportation of goods was sufficiently in accord with section 2712 of the Civil Code to afford no ground for reversal.

4. The charge of the court complained of in the second ground of the amendment to the motion for a new trial was favorable to the defendant company. In the absence of a timely written request for further instructions, the charge was sufficiently full.

5. The verdict was supported by evidence, and there was no error in overruling the motion for a new trial.     *Judgment affirmed.*

DECIDED JUNE 3, 1915.

Appeal; from Fulton superior court—Judge Ellis. May 25, 1914.

*W. G. Loving, Homer Watkins,* for plaintiff in error.

*C. D. Maddox,* contra.

---

### 5847. DRAKE v. LEWIS.

RUSSELL, C. J. 1. The ruling in this case is controlled by the decision in *Drake* v. *Lewis*, 13 *Ga. App.* 276, 280 (79 S. E. 167). The suit was upon a note, and the defense was predicated upon an alleged tort. See also *Lee* v. *Harris*, 88 *Ga.* 236 (14 S. E. 566); *L. & N. Railroad Co.* v. *Spinks*, 104 *Ga.* 696 (30 S. E. 968).

2. The court did not err in sustaining the motion to strike the answer of the defendant.     *Judgment affirmed.*

DECIDED JUNE 3, 1915.

Complaint; from city court of Bainbridge—Judge Spooner. June 25, 1914.

*R. G. Hartsfield,* for plaintiff in error.

*A. B. Conger,* contra.